UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF MISSISSIPPI
NORTHERN DIVISION

JEFFREY P. OLINDE                                                                PETITIONER

V.                                                        CIVIL ACTION NO. 3:16-CV-628-DPJ-FKB

B.E. BLACKMAN                                                                    RESPONDENT

ORDER

This 28 U.S.C. § 2241 habeas petition is before the Court on the Report and Recommendation [8] of United States Magistrate Judge F. Keith Ball. Judge Ball recommended that Petitioner Jeffrey P. Olinde's Petition be dismissed with prejudice as improperly brought under § 2241. Olinde failed to file an Objection to the Report and Recommendation, and the time to do so has now passed.

Accordingly, the Court, having fully reviewed the unopposed Report and Recommendation of the United States Magistrate Judge, and being advised in the premises, finds that the Report and Recommendation should be adopted as the opinion of this Court.

IT IS, THEREFORE, ORDERED that the Report and Recommendation [8] of United States Magistrate Judge F. Keith Ball be, and the same is hereby, adopted as the finding of this Court. This case is dismissed with prejudice. A separate judgment will be entered in accordance with Federal Rule of Civil Procedure 58.

**SO ORDERED AND ADJUDGED** this the 3rd day of April, 2018.

s/ *Daniel P. Jordan III*
CHIEF UNITED STATES DISTRICT JUDGE